# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No.                                                                 Date

　　USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

　　Complaint　　　　Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

　　*U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)


(print name if signature handwritten)

**SO ORDERED:**

DATE:

　　　　　　　　　　　　　　　　　*Kevin Nathaniel Fox*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE